IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ANGEL KEY, ON BEHALF OF HERSELF AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, Plaintiff, | § § § § § | |
| v. | § § | CIVIL ACTION NO. 9:20-CV-00241 JUDGE MICHAEL TRUNCALE |
| GREAT AMERICAN FOODS CORPORATION, Defendant. | § § § § § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Stipulation of Dismissal with Prejudice. [Dkt.11].   The

parties seek a dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

To the extent that the parties' dismissal is not yet in effect, the above-styled action is hereby

dismissed with prejudice.

It is therefore ORDERED that this case is DISMISSED WITH PREJUDICE, and the

parties shall bear their own attorneys' fees and costs.

It is further ORDERED that all court dates and pending deadlines are hereby vacated and

all pending motions in this matter be DENIED as moot.

**SIGNED this 21st day of May, 2021.**

_____
Michael J. Truncale
United States District Judge